NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,
U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS
IN PROPRIA PERSONA
4244 HILDRETH ST. SE.
WASHINGTON, DC, [20019-9998]
1-202-706-8063

FILED
U.S. DISTRICT COURT
2012 NOV 21  P 3: 33
CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,
U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA

Plaintiff, Claimant

VS.

CIVIL ACTION No.

AW 12 CV 3445

CEO-TIMOTHY FELDMAN / CEO-LEONARD PRUZANSKY
LTD FINANCIAL SERVICES, L.P.
7322 South West Freeway Suite 1600
Houston, Texas 77074-2053

**COMPLAINT**

Defendant, Respondent

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) Title15 U.S.C. §1681 *et seq*.

**JURISDICTION**

2. The jurisdiction of this Court is conferred by Title15 U.S.C. §1681p.

**FACTUAL ALLEGATION**

3. On AUGUST 3, 2012, Defendant initiated a soft pull of Plaintiff's credit report from TRANSUNION without permissible purpose.

1

## COUNT I

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C.§1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR)**

3. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C.§1681a(c).

4. LTD FINANCIAL SERVICES, L.P. **(DEBT COLLECTOR)**, is a furnisher of information within the meaning of the FCRA, Title15 U.S.C. §1681s-2.

5. LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR), willfully violated the FCRA.

Defendant's Violations include, but are not limited to, the following:

(a) LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR), willfully violated Title15 U.S.C.§1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report.

LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR), are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR),**

6. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C. §1681a(c).

7. LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR), is a furnisher of information within the meaning of the FCRA, Title15 U.S.C.§1681s-2.

8. LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR), negligently violated the FCRA.

Defendant's violations include, but are not limited to, the following:

(a) LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR) negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $1,000 Month from the date of credit pull against consumer credit report, LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against, LTD FINANCIAL SERVICES, L.P. (DEBT COLLECTOR) in the amount $10,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C.§1681n (a) (3) and Title15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 21th day of November, 2012

x _____

NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308, U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS,

IN PROPRIA PERSONA

4244 HILDRETH ST. SE.

WASHINGTON, DC, [20019-9998]         1-202-706-8063